**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. Civil. No.: 26-3677

GLOCK 19 9MM CALIBER PISTOL
BEARING SERIAL NUMBER CDMW220,

Defendant-*in-rem.*

# **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff, United States of America, brings this complaint in accordance with Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

## **NATURE OF THE ACTION**

1. This is a civil action to forfeit and condemn to the use and benefit of the United States of America property involved in violations of 18 U.S.C. §§ 2 and 922(g)(3), as well as 21 U.S.C. § 841(a)(1). The property is subject to forfeiture pursuant to 18 U.S.C. §§ 924(d)(1), 981(b), and 983, and 21 U.S.C. § 881(a)(6) and (11).

## **DEFENDANTS IN REM**

2. The Defendant-*in-rem* consists of the following:

   a. Glock 19 9mm Caliber Pistol Bearing Serial Number CDMW220 (the "Defendant Firearm").

3. The Defendant Firearm was seized by the Federal Bureau of Investigations ("FBI") during the execution of a judicially authorized search warrant on June 9, 2026, in the District of New Mexico.

4. The Defendant Firearms are now, and during the pendency of this action will be, in the jurisdiction of this Court.

**JURISDICTION AND VENUE**

5. The United States District Court for the District of New Mexico has subject matter jurisdiction under 28 U.S.C. §§ 1345, 1355(a) and 1356.

6. Venue for this civil forfeiture action is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, as acts or omissions giving rise to the forfeiture took place in this district and the property is found in this district. Upon the filing of this complaint, the Defendant Firearm will be arrested by execution of a Warrant for Arrest *In Rem* in the District of New Mexico.

**FACTS**

7. On June 5, 2026, a search warrant was issued by the United States District Court for the District of New Mexico. The search warrant was executed on June 9, 2026, at a residential property located at 5104 Loma Alta Drive, Farmington, NM, 87402.

8. During the search of the residence agents located and seized approximately 13 firearms, including the Defendant Firearm, ammunition, several types of controlled substances, and more than $13,000 in U.S. currency, among other property.

9. The Defendant Firearm was purchased from East Main Trade Center in Farmington, New Mexico, by Joshua Robert Suarez ("Suarez") on or about June 17, 2025.

10. Upon information and belief, subsequent to his purchase of the Defendant Firearm, Suarez traded the Defendant Firearm to Alex Rowland ("Rowland") for an unknown quantity of controlled substances, including cocaine.

11. Upon information and belief, Rowland offered to sell the Defendant Firearm at an inflated price to one or more persons he knew were legally prohibited from possessing firearms.

12. Upon information and belief, Suarez had transferred a firearm to Rowland on a prior occasion in exchange for an unknown quantity of controlled substances and Rowland had sold this firearm at an inflated price to a person he knew was legally prohibited from possessing firearms.

13. Upon information and belief, both Suarez and Rowland were unlawful users of and addicted to one or more controlled substances during the time relevant to this Verified Complaint for Forfeiture In Rem.

14. The Defendant Firearm is subject to forfeiture pursuant to 18 U.S.C. §§ 924(d)(1), 981(b) and 983, and 21 U.S.C. § 881(a)(6) and (11).

## FIRST CLAIM FOR RELIEF

15. The United States incorporates by reference the allegations in paragraphs 1 through 14 as though fully set forth herein.

16. Title 18, United States Code, Section 924(d)(1) subjects to forfeiture any firearm or ammunition involved in or used in any knowing violation of subsection (g) of 18 U.S.C. § 922, among other subsections, as well as any firearm involved in or used in any violation of any other criminal law of the United States.

17. The Defendants Firearm was involved in or used in one or more violations of 18 U.S.C. § 922(g), which criminalizes the possession of firearms and ammunition by unlawful users of controlled substances and persons addicted to controlled substances.

18. The Defendant Firearm was involved in or used in one or more violations of 18 U.S.C. § 2, which criminalizes aiding and abetting offenses against the United States.

## SECOND CLAIM FOR RELIEF

19. The United States incorporates by reference the allegations in paragraphs 1 through 14 as though fully set forth herein.

20. Title 21, United States Code, Section 881(a)(6) subjects to forfeiture all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any such exchange.

21. The Defendants Firearm constituted a thing of value furnished or intended to be furnished in exchange for a controlled substance, as well as proceeds traceable to such an exchange.

## THIRD CLAIM FOR RELIEF

22. The United States incorporates by reference the allegations in paragraphs 1 through 14 as though fully set forth herein.

23. Title 21, United States Code, Section 881(a)(11) subjects to forfeiture any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of illegal controlled substances.

24. The Defendants Firearm was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of illegal controlled substances.

WHEREFORE, Plaintiff seeks arrest of Defendant Firearm and forfeiture of the same to Plaintiff, determination of the validity and priority of claims of the Claimants and any Unknown

Claimants to the Defendant Property, costs, and expenses of seizure and of this proceeding, and other proper relief.

Respectfully submitted,

TODD BLANCHE
United States Attorney General
RYAN ELLISON
First Assistant United States Attorney

Taylor Hartstein

TAYLOR F. HARTSTEIN
Assistant U.S. Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1431

## 28 U.S.C. § 1746 DECLARATION

I am a Special Agent with the Federal Bureau of Investigation ("FBI") who has read the contents of the Complaint for Forfeiture *In Rem* to which this Declaration is attached; and the statements contained in the complaint are true to the best of my knowledge and belief.

I declare under penalty of perjury and the laws of the United States of America that this Declaration is true and correct, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

Dated: 10/30/26

Courtney Gale

Courtney Gale, Special Agent